# ELECTRONIC RECORD

COA # 02-13-00219-CR        OFFENSE: 19.02

STYLE: Eugene D. Esters v. The State of Texas        COUNTY: Tarrant

COA DISPOSITION: AFFIRMED        TRIAL COURT: Criminal District Court No. 3

DATE: 10/30/14        Publish: NO    TC CASE #: 1263515D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Eugene D. Esters v. The State of Texas        CCA #: 1658-14

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_REFUSED_        JUDGE: _____

DATE: 02/25/2015        SIGNED: _____        PC: _____

JUDGE: _____        PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**